

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00556-CV

Peggy Barnes Franklin

v.

David James, Cindy James, Terral Bullock and Cheryl Bullock

On appeal from the
24th District Court of DeWitt County, Texas
Trial Cause No. 16-02-23,686

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 20, 2018